**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PULLMAN FINANCIAL CORP.,

                        Plaintiff,         Case No. 08 CIV 06955

-against-                    **NOTICE OF APPEARANCE**

ROBERT M. HOTALING

                        Defendant.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned counsel, The Roth Law Firm, PLLC, hereby appears as counsel for the Plaintiff Pullman Financial Corp., in the above-captioned matter.

Dated: New York, New York
       August 12, 2008

THE ROTH LAW FIRM, PLLC

By: _____
     Richard A. Roth (RAR 5538)
545 Fifth Avenue, Suite 960
New York, New York 10017
Tel: (212) 542-8882
Fax: (212) 542-8883
*Attorneys for Plaintiff*

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Richard A. Roth, ESQ., affirms under penalties of perjury:

1. I am over the age of 21 years, am not a party to this action, and reside in Scarsdale, New York.

2. On August 12, 2008, I caused the foregoing to be served by U.S. Mail, on counsel for Robert M. Hotaling, at the address listed below:

Bruce C. Fox, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Mellon Center
500 Grant Street
Suite 5240
Pittsburgh, PA 15219-2502

_____
Richard A. Roth (RAR 5538)