UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PULLMAN FINANCIAL CORP.,

                Plaintiff,        Case No. 08 CIV 06955

  -against-                    **STIPULATION**

ROBERT M. HOTALING,

                Defendant.
-------------------------------------------------------X

      WHEREAS, Plaintiff filed and served an Amended Complaint which mistakenly did not include any exhibits and desires to amend the Amended Complaint to include the exhibits, and Defendant does not object said amendment;

      **IT IS HEREBY STIPULATED, AGREED AND ORDERED**, that Plaintiff may serve and file the Second Amended Complaint on consent; and

      **IT IS FURTHER STIPULATED, AGREED AND ORDERED**, that this Stipulation may be signed in counterparts and signatures by facsimile shall be good and sufficient so as to constitute original signatures.

Dated: New York, New York
       August 25, 2008

THE ROTH LAW FIRM, PLLC                     MEISTER SEELIG & FEIN LLP

By: _____                        By: _____
    Richard A. Roth (RAR 5538)                  Mitchell Schuster
545 Fifth Avenue                                          140 East 45th Street
Suite 960                                                  19th Floor
New York, New York 10017                    New York, New York 10017
(212) 542-8882                                       (212) 655-3500
*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.